Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH & WELFARE TRUST (INCLUDES VACATION ALLOWANCE), PUGET SOUND ELECTRICAL WORKERS PERSON TRUST, PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST, NATIONAL ELECTRICAL BENEFIT FUND, AND LABOR MANAGEMENT COOPERATION TRUST,<br><br>      Plaintiffs,<br><br> v.<br><br>THE 13TH REGIONAL CORPORATION, an Alaska Native Corporation,<br><br>      Defendant. | No. C09-0112-JCC<br><br>ORDER SETTING ASIDE ORDER OF DEFAULT AND SETTING DATE FOR ANSWER |

THIS MATTER having come on for consideration on the stipulated motion of the parties (Dkt. No. 15) and the court having reviewed the records and files herein, it is hereby

ORDERED:

(a) The Stipulated Motion to Set Aside Order of Default is GRANTED;

(b) The Clerk of the Court is hereby directed to promptly enter this

Order and set aside the Order of Default entered on March 30, 2009.

ORDER SETTING ASIDE ORDER OF
DEFAULT AND SETTING DATE FOR
ANSWER - 1
Case No. C09-0112 JCC

(c) Defendant shall have until April 17, 2009 to file an answer in this matter.

DATED this 2nd day of April, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER SETTING ASIDE ORDER OF
DEFAULT AND SETTING DATE FOR
ANSWER - 2
Case No. C09-0112 JCC